448 P.2d 415

Ruth NOSAL, Appellant,

v.

Robert D. COLLETT and Jane Doe Collett,
husband and wife, Appellees.

No. 1 CA–CIV 592.

Court of Appeals of Arizona.

Dec. 16, 1968.

Rehearing Denied Jan. 17, 1969.

Review Denied March 11, 1969.

Otto H. Linsenmeyer and Gerald G. East-
man, Phoenix, for appellant.

Beer & Kalyna, by William F. Lee,
Phoenix, for appellees.

PER CURIAM.

This is an opinion and order granting
rehearing. A rereading of Miller v. Corning
Glass Works, 102 Ariz. 326, 429 P.2d 438
(1967), has convinced the two judges who
had concurred in the majority opinion pre-
viously released, 446 P.2d 950, that their
decision is not the law of this state. *Miller*
flatly holds that an affidavit on information
and belief, filed to correct deficiencies in an
affidavit pertaining to substituted service,
is ineffective. (102 Ariz. 330, 429 P.2d
438.) The strict construction accorded Rule
4(e), as amended, Rules of Civil Procedure,
16 A.R.S., by this decision of our Supreme
Court would indicate that it would give
similar treatment to the requirements of
the subject statute (A.R.S. § 28–503). A
unanimous court now believes that the
dissenting opinion of Chief Judge Hatha-
way, appended to the opinion previously
released, correctly states the law of this
jurisdiction.

Accordingly, the motion for rehearing is
granted and the judgment of the trial court
is affirmed.

NOTE: This cause was decided by the
Judges of Division Two as authorized by
A.R.S. § 12–120, subsec. E.